# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129452

ST. NICHOLAS GREEK ORTHODOX
CHURCH OF DETROIT,
          Plaintiff-Appellant,

v                                                    SC: 129452
                                                     COA: 252968
                                                     Oakland CC: 2003-050555-CZ

RICHARD PERNAL,
          Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the June 9, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

Clerk

d0123